# EXHIBIT A



www.doxpop.com
(866) 369-7671

## Shelby County Superior Court 1 Information current as of 2/27/17, 1:14 PM EST
### 73D01-1701-PL-000003
Amy Sorrell v. Freudenberg-NOK General Partnership dba Freudenberg-NOK,Regal Building Services, Inc.
File date: 01/27/2017   Disposition Date:

**Parties Involved**

| Attorneys: | Parties: |
|---|---|
| Reeves, Grant M. [Attorney]<br>Address:<br>BARADA LAW OFFICES LLC<br>201 North Main Street<br>Rushville , IN 46173<br><br>Phones:<br>Fax: 765-932-6933<br>Work (Phone): 765-932-6932<br><br>State Bar ID: 2802870 | Sorrell, Amy [Plaintiff] |
| Sweeney, Paul C [Attorney]<br>Address:<br>One American Square STE 2900<br>Indianapolis , IN 46282<br><br>Phones:<br>Fax: 317-592-4298<br>Work (Phone): 317-236-5894<br><br>State Bar ID: 2039229<br><br>Tooley, Michael L. [Attorney]<br>Address:<br>One American Square<br>Box 82001<br>Indianapolis , IN 46282-0002<br><br>Phones:<br>Fax: 317-592-4786<br>Work (Phone): 317-236-2118<br><br>State Bar ID: 1621449 | Freudenberg-NOK General Partnership dba Freudenberg-NOK [Defendant]<br>Address:<br>c/o The General Partner of Above Partnership<br>47774 West Anchor Ct.<br>Plymouth , MI 48170 |
| (Sweetin) Deckard, Doris L. [Attorney]<br>Address:<br>7612 Stones River Dr.<br>Indianapolis , IN 46259 | Regal Building Services, Inc. [Defendant]<br>Address:<br>c/o Marsha Pyle, Registered Agent<br>1317 Country Creek Circle |

Shelbyville , IN 46176

Phones:
Cell (Phone): 317-440-6848
Fax: 317-602-5887
Fax (Phone): 317-429-0211
Work (Phone): 317-440-6848
Work (Phone): 317-429-0210

State Bar ID: 2223915

Wischmeyer, Jason P [Attorney]
Address:
Attorney at Law
7612 Stones River Drive
Indianapolis , IN 46259

Phones:
Fax: 317-429-0211
Home (Phone): 000-000-0000
Work (Phone): 317-429-0210

State Bar ID: 2347573

## Hardcopy References

No documents available for this case

## Calendar Entries

No calendar entries exist for this case

## Minute Entries

Minute Date: *1/27/2017*
Input Date: *Unavailable*
Type: **Case Opened as a New Filing**

Minute Date: *1/30/2017*
Input Date: *Unavailable*
Type: **Appearance Filed**

Appearance Form
For Party: Sorrell, Amy
File Stamp: 01/27/2017

Minute Date: *1/30/2017*
Input Date: *Unavailable*
Type: **Complaint/Equivalent Pleading Filed**

Complaint and Demand for Jury Trial
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

Minute Date: *1/30/2017*
Input Date: *Unavailable*
Type: **Subpoena/Summons Filed**

SUMMONS to Freudenberg-NOK 47699
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *1/30/2017* |
| Input Date: *Unavailable* |
| Type: **Subpoena/Summons Filed** |

SUMMONS to Regal Building Services, 1317
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *1/30/2017* |
| Input Date: *Unavailable* |
| Type: **Subpoena/Summons Filed** |

SUMMONS to Freudenberg-NOK, , 601
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *1/30/2017* |
| Input Date: *Unavailable* |
| Type: **Subpoena/Summons Filed** |

SUMMONS to  Regal Building Services, 2206
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *1/30/2017* |
| Input Date: *Unavailable* |
| Type: **Subpoena/Summons Filed** |

SUMMONS to Freudenberg-NOK, 487
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *1/30/2017* |
| Input Date: *Unavailable* |
| Type: **Subpoena/Summons Filed** |

SUMMONS to Freudenberg-NOK, 47774
Filed By: Sorrell, Amy
File Stamp: 01/27/2017

| Minute Date: *2/2/2017* |
| Input Date: *Unavailable* |
| Type: **Service Issued** |

by SCSD for Regal Building Services, INC c/o Highest Ranking
Manager/Executive. ca
Issued: 02/02/2017

| Minute Date: *2/2/2017* |
| Input Date: *Unavailable* |
| Type: **Service Issued** |

by SCSD for Freudenberg-NOK General Partnership. co Manager of the Facility.
ca
Issued: 02/02/2017

| Minute Date: *2/3/2017* |
| Input Date: *Unavailable* |

Type: **Service Returned Served**

Served personal c/o HR Asst. to Freudenberg-NOK General Partnership by SCSD. av
Party Served: Freudenberg-NOK General Partnership dba Freudenberg-NOK
Date Served: 02/03/2017

Minute Date: *2/3/2017*
Input Date: *Unavailable*
Type: **Service Returned Served**

Left at residence and mailed a copy to Regal Building Services, Inc. at 2206.
By SCSD. av
Party Served: Regal Building Services, Inc.
Date Served: 02/03/2017

Minute Date: *2/4/2017*
Input Date: *Unavailable*
Type: **Automated Paper Notice Issued to Parties**

Service Returned Served ---- 2/3/2017 : Freudenberg-NOK General Partnership
dba Freudenberg-NOK;Regal Building Services, Inc. Service Returned Served ----
2/3/2017 : Freudenberg-NOK General Partnership dba Freudenberg-NOK;Regal
Building Services, Inc.

Minute Date: *2/4/2017*
Input Date: *Unavailable*
Type: **Automated ENotice Issued to Parties**

Service Returned Served ---- 2/3/2017 : Grant M. Reeves Service Returned
Served ---- 2/3/2017 : Grant M. Reeves

Minute Date: *2/14/2017*
Input Date: *Unavailable*
Type: **Appearance Filed**

Appearance of Paul Sweeney and Michael Tooley
For Party: Freudenberg-NOK General Partnership dba Freudenberg-NOK
File Stamp: 02/14/2017

Minute Date: *2/21/2017*
Input Date: *Unavailable*
Type: **Motion for Enlargement of Time Filed**

Defendant Freudenberg-NOK General Partnership D/B/A Freudenberg-NOK's Motion
for Initial Enlargement of Time To Respond to Plaintiff's Complaint
Filed By: Freudenberg-NOK General Partnership dba Freudenberg-NOK
File Stamp: 02/20/2017

Minute Date: *2/22/2017*
Input Date: *Unavailable*
Type: **Appearance Filed**

Appearance of Attorney for Regal Building Services, Inc.
For Party: Regal Building Services, Inc.
File Stamp: 02/21/2017

Minute Date: *2/22/2017*
Input Date: *Unavailable*
Type: **Motion for Enlargement of Time Filed**

Motion for Enlargement of Time
Filed By: Regal Building Services, Inc.
File Stamp: 02/21/2017

| | |
|---|---|
| Minute Date: | *2/22/2017* |
| Input Date: | *Unavailable* |
| Type: | **Order Granting Motion for Enlargement of Time** |

Order Granting Defendant Freudenberg-NOK General Partnership d/b/a
Freudenberg-NOK's Motion for Initial Enlargement of Time to Respond to
Plaintiff's Complaint entered.  rs
Order Signed: 02/21/2017

| | |
|---|---|
| Minute Date: | *2/23/2017* |
| Input Date: | *Unavailable* |
| Type: | **Automated ENotice Issued to Parties** |

Order Granting Motion for Enlargement of Time ---- 2/22/2017 : Grant M.
Reeves;Jason P Wischmeyer;Michael L. Tooley;Paul C Sweeney;Doris L. (Sweetin)
Deckard

| | |
|---|---|
| Minute Date: | *2/24/2017* |
| Input Date: | *Unavailable* |
| Type: | **Notice Filed** |

Notice of Service of Documents
Filed By: Sorrell, Amy
File Stamp: 02/23/2017

| | |
|---|---|
| Minute Date: | *2/24/2017* |
| Input Date: | *Unavailable* |
| Type: | **Order Granting Motion for Enlargement of Time** |

Order on Motion for Enlargement of Time entered.  rs
Order Signed: 02/22/2017

| | |
|---|---|
| Minute Date: | *2/26/2017* |
| Input Date: | *Unavailable* |
| Type: | **Automated ENotice Issued to Parties** |

Notice Filed ---- 2/24/2017 : Grant M. Reeves;Jason P Wischmeyer;Michael L.
Tooley;Paul C Sweeney;Doris L. (Sweetin) Deckard Order Granting Motion for
Enlargement of Time ---- 2/24/2017 : Grant M. Reeves;Jason P
Wischmeyer;Michael L. Tooley;Paul C Sweeney;Doris L. (Sweetin) Deckard

## Financial Information

No financial information available for this case

**SUMMONS**
Shelby Superior Court 1

Filed: 1/27/2017 3:28:50 PM
Vicki Franklin
Clerk
Shelby County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY _____ COURT | |
| | )SS: | | |
| COUNTY OF SHELBY | ) | CAUSE NO: | |

AMY SORRELL,　　　　　　　　　　　)
　*Plaintiff*　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
FREUDENBERG-NOK GENERAL　　　)
PARTNERSHIP dba　　　　　　　　　)
FREUDENBERG-NOK, and　　　　　　)
REGAL BUILDING SERVICES, INC.　　)
　*Defendants.*　　　　　　　　　　)

**TO DEFENDANT:**　　　　　　**FREUDENBERG-NOK GENERAL PARTNERSHIP**
　　　　　　　　　　　　　　　**dba Freudenberg-NOK**
　　　　　　　　　　　　　　　**c/o CSC-Lawyers Incorporating Service (Reg. Agent)**
　　　　　　　　　　　　　　　**601 Abbot Road**
　　　　　　　　　　　　　　　**East Lansing, MI 48823**

You are hereby notified that a Complaint for Damages and Demand for Jury Trial have been filed by the person named "Plaintiff" in the Court indicated above.

The nature of the action against you is stated in the petition which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the petition must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by the plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

RM

DATED: _____January 30_____, 2017　　　　　*Vicki R. Franklin*　　　　(Seal)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Clerk,*

**(The following manner of service of summons is hereby designated.)**

__X__ Registered or *certified mail*.

_____ Service on individual – (Personal or copy) at above address. (By Sheriff of Shelby County, IN )

_____ Service at place of employment, to-wit: _____

_____ Service on agent. (Specify) _____

_____ Other Service. (Specify) _____

Attorney for Plaintiff:
Grant M. Reeves, #28028-70
BARADA LAW OFFICES, LLC.
201 North Main Street
Rushville, IN 46173 / Phone: (765) 932-6932

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on _____, I mailed a copy of this Summons and a copy of the Petition to the defendant, _____ by _____ mail, requesting a return receipt, at the address furnished by the Plaintiff.

Clerk,

Dated _____     By: _____
                                          Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that:

_____ (1) The Summons and a copy of the complaint mailed to defendant _____

_____ was accepted by the defendant on _____

_____ (2) The attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on _____.

Clerk,

By: _____
      Deputy

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this Summons on _____
                                                          Date

_____ (1) By delivering a copy of the Summons and copies of the petition to the Defendant, _____.

_____ (2) By leaving a copy of the Summons and copies of the petition at _____ _____, the dwelling place or usual place of abode of the said Defendant, and by mailing a copy of said Summons to said Defendant at the above address.

_____ (3) Other Service or Remarks: _____ _____

I hereby certify that I have NOT served this Summons because _____

_____

Sheriff's Costs _____     Sheriff _____

                                             By: _____
                                                   Deputy

### ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above Summons and a copy of the complaint attached thereto were received by me at _____ this _____ day of _____, 20 _____

_____
*Signature of Defendant*

**73D01-1701-PL-000003**

Shelby Superior Court 1

Filed: 1/27/2017 3:28:50 PM
Vicki Franklin
Clerk
Shelby County, Indiana

## APPEARANCE FORM

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY | COURT |
| | )SS: | | |
| COUNTY OF SHELBY | ) | CAUSE NO: | |

AMY SORRELL,
   *Plaintiff*

   v.

FREUDENBERG-NOK GENERAL
PARTNERSHIP dba
FREUDENBERG-NOK, and
REGAL BUILDING SERVICES, INC.,
   *Defendants.*

/ / Check if *Pro Se*   **Note: This form is not required for pro se protective orders.**

1.   Name or name(s) of Plaintiff(s):
   **AMY SORRELL**

2.   Address of *pro se* responding party or parties (as applicable for service of process):
   Name:               Name:

3.   Attorney information (as applicable for service of process):
   Name:      **Grant M. Reeves**      Attorney #: 28028-70
   Address:   **BARADA LAW OFFICES, LLC.**   Phone: 765-932-6932
              **201 North Main Street**      FAX: 765-932-6933
              **Rushville, Indiana 46173**
              grant@baradalawoffices.com

4.   Will responding party accept FAX service:  Yes, FAX # 765-932-6933,
                **If followed by regular mail.**

5.   Additional information required by state or local rule:

6.   *(Optional)* Additional information to supplement the appearance form submitted by the initiating
party:

7.   Case Type Requested:  PL

Respectfully Submitted,

/s/ Grant M. Reeves
Grant M. Reeves, #28028-70
BARADA LAW OFFICES, LLC.
201 North Main Street
Rushville, IN 46173
765-932-6932; 765-932-6933 - fax

Distribution:

Freudenberg-NOK General Partnership, 47690 E. Anchor Ct., Plymouth, MI 48170

Freudenberg-NOK General Partnership, c/o CSC-Lawyers Incorporating Service (Company), 601 Abbot Road, East Lansing, MI 48823

Freudenberg-NOK General Partnership, 47774 West Anchor Ct., Plymouth, MI 48170

Freudenberg-NOK General Partnership, 487 W. Main St., Morristown, IN 46161

Regal Building Services, Inc., c/o Marsha Pyle, Registered Agent, 1317 Country Creek Circle, Shelbyville, IN 46176

Regal Building Services, Inc., 2206 Graham Drive S., P. O. Box 971, Shelbyville, IN 46176

Filed: 1/27/2017 3:28:50 PM
Vicki Franklin
Clerk
Shelby County, Indiana

STATE OF INDIANA     )     IN THE SHELBY     COURT

                  ) SS:

COUNTY OF SHELBY     )     CAUSE NO:

AMY SORRELL,

Plaintiff,

      v.

FREUDENBERG-NOK GENERAL
PARTNERSHIP dba
FREUDENBERG-NOK, and
REGAL BUILDING SERVICES, INC.,

Defendants.

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Amy Sorrell ("Sorrell"), by counsel, for her Complaint for Damages against

Defendants Freudenberg-NOK General Partnership dba Freudenberg-NOK ("Freudenberg") and

Regal Building Services, Inc. ("Regal") states as follows:

### PARTIES

1.     From December 2014 through September of 2015, Sorrell was an "employee" of

Regal and Freudenberg within the meaning of Title VII, Title VII of the Civil Rights Act of 1964

(Title VII), 42 U.S.C. § 2000, et. seq., as subsequently amended.

2.     Freudenberg and Regal are "employers" within the meaning of Title VII.

3.     Sorrell is an individual residing in Rush County, Indiana.

4.     Freudenberg is believed to be a general partnership with its principal place of

business in Michigan and an operating office in Shelby County, Indiana.

5.     Regal is an Indiana corporation with its principal place of business in Shelby

County, Indiana.

6.    This Court has subject matter jurisdiction over the claims and personal jurisdiction over Sorrell, Freudenberg, and Regal.

7.    Venue is proper in Shelby County pursuant to Rule 75(A)(4) as it is the county in which Regal's principal office is located.

8.    On or about December 21, 2015, Sorrell satisfied her requirement to exhaust administrative remedies by filing her charges of discrimination with the Equal Employment Opportunity Commission ("EEOC") against Freudenberg and Regal, alleging unlawful employment discrimination on the basis of her sex. Said charges were filed within 300 days of the date of Sorrell's discharge by Freudenberg and Regal. A true and accurate copy of her charges of discrimination are attached and incorporated hereinafter and made a part hereof as "Exhibit A" and "Exhibit B."

9.    On or about November 4, 2016, the EEOC issued a Notices of Right to Sue to Sorrell, which is attached and incorporated hereinafter and made a part hereof as "Exhibits C & D."

10.    On the date stamped hereon by the Shelby Clerk of Courts, within the aforementioned 90-day right to sue period, Sorrell filed the instant action. Sorrell has therefore complied with all conditions precedent to maintaining this action.

## GENERAL FACTS

11.    Sorrell worked for Regal on a cleaning contract at Freudenberg in Morristown, IN (Freudenberg-NOK is now believed to be an assumed name for Freudenberg-NOK General Partnership).

12.    Regal operated as a contractor for Freudenberg, but "Jeff," a Freudenberg employee (now believed to be Jeff Carlton, but whose last name was not known at the time), had direct

supervisory, decision making authority, and control over Sorrell and over other Regal employees, including Sorrell's supervisor at Regal. Such control extended to supervision over daily tasks and over staffing decisions.

13. In December of 2014, Sorrell began working at Freudenberg cleaning industrial ovens.

14. Sorrell had done a satisfactory job based on the training she had received.

15. On or about September 25, 2015, Sorrell received a phone call from Cheryl Stanley and was told that she was being shifted to another job that would require her to take less pay than she had been earning while cleaning ovens.

16. During that call, Sorrell was told that cleaning ovens was a "man's job" that she was not qualified to do because she was a woman.

17. Sorrell subsequently met with Cheryl Stanley, her supervisor at Regal, and "Jeff" whom she reported to at Freudenberg. During that conversation, on at least two occasions, Cheryl told her that she was being pulled from her job cleaning ovens because that was "a man's job." Jeff was present at, acquiesced to, and involved in this entire conversation and admitted involvement in Sorrell's job assignment determination.

18. Cheryl Stanley wrongfully attempted to claim that Sorrell had resigned.

19. To the extent any act by Sorrell could be characterized as a resignation, it was clear that if Sorrell did remain at Regal she would be required to take a pay cut and continue working in an environment that had now become hostile based on discriminatory acts, making her work environment untenable.

20. Regal's actions constituted discrimination because of her sex.

21.     Freudenberg had a direct supervisory role over Cheryl and over Sorrell and is, therefore, also responsible.

### Count I
### Discrimination Based on Sex
### (Title VII)

22.     Sorrell reasserts and incorporates all preceding paragraphs as if fully set forth herein.

23.     Sorrell is an "employee" under Title VII.

24.     Regal and Freudenberg are both "employers" of Sorrell under Title VII.

25.     Freudenberg and Regal each engaged in and/or are responsible for unlawful sexual discrimination under Title VII when they subjected Plaintiff to differential treatment and a hostile work environment on account of Plaintiffs' sex.

26.     Freudenberg and Regal engaged in and/or were responsible for unlawful sexual discrimination under Title VII when their differential treatment led to Sorrell's job change with pay decrease, and ultimately to her termination.

27.     Sorrell has suffered and continues to suffer damages as a result of Freudenberg's and Regal's conduct.

WHEREFORE, Sorrell, by counsel, prays for judgment in her favor and against Defendants Freudenberg and Regal and requests all wages and other economic benefits lost as a result of the Defendants unlawful actions, compensatory damages, damages to compensate Sorrell for mental anguish and emotional distress, liquidated damages, punitive damages, all costs and reasonable attorneys' fees incurred in litigating this action, pre-judgment interest, post-judgment interest, and any and all other legal and equitable relief to which Sorrell is entitled.

## Count II – Wrongful Termination

28. Sorrell reasserts and incorporates all preceding paragraphs as if fully set forth herein.

29. Sorrell was an employee of Regal and Freudenberg.

30. Freudenberg and Regal each engaged in and/or are responsible for unlawful sexual discrimination under Title VII that led to her wrongful termination from her initial position as an oven cleaner and ultimately her termination of employment.

31. Freudenberg and Regal's conduct each constituted wrongful termination.

32. Sorrell has suffered and continues to suffer damages as a result of Freudenberg's and Regal's wrongful termination.

WHEREFORE, Sorrell, by counsel, prays for judgment in her favor and against Defendants Freudenberg and Regal and requests all wages and other economic benefits lost as a result of the Defendants unlawful actions, compensatory damages, damages to compensate Sorrell for mental anguish and emotional distress, liquidated damages, punitive damages, all costs and reasonable attorneys' fees incurred in litigating this action, pre-judgment interest, post-judgment interest, and any and all other legal and equitable relief to which Sorrell is entitled.

## Count III – Constructive Discharge

33. Sorrell reasserts and incorporates all preceding paragraphs as if fully set forth herein.

34. Sorrell was an employee of Regal and Freudenberg.

35. Freudenberg and Regal each engaged in and/or are responsible for unlawful sexual discrimination under Title VII and otherwise that created intolerable working conditions, to wit a discriminatory atmosphere coupled with a required job change and pay cut based on such discrimination.

36. To the extent that any of Sorrell's actions are deemed to have constituted a resignation, such resignation was based on employment conditions from Freudenberg and Regal that had become so intolerable that she could no longer work in such environment and constituted a constructive discharge.

37. Sorrell has suffered and continues to suffer damages as a result of Freudenberg's and Regal's conduct.

WHEREFORE, Sorrell, by counsel, prays for judgment in her favor and against Defendants Freudenberg and Regal and requests all wages and other economic benefits lost as a result of the Defendants unlawful actions, compensatory damages, damages to compensate Sorrell for mental anguish and emotional distress, liquidated damages, punitive damages, all costs and reasonable attorneys' fees incurred in litigating this action, pre-judgment interest, post-judgment interest, and any and all other legal and equitable relief to which Sorrell is entitled.

## Count IV – Intentional Infliction of Emotional Distress

38. Sorrell reasserts and incorporates all preceding paragraphs as if fully set forth herein.

39. Sorrell was an "employee" of Regal and Freudenberg.

40. Freudenberg and Regal each engaged in and/or are responsible for unlawful sexual discrimination, to wit a blatant statement that she was incapable of doing the job she had been performing because it was a "man's job."

41. Freudenberg and Regal's conduct in making such statements was extreme, outrageous, and outside the bounds of accepted decency in current society, and was designed to intentionally or recklessly causes severe emotional distress to another.

42. Sorrell has suffered and continues to suffer damages as a result of such statements.

WHEREFORE, Sorrell, by counsel, prays for judgment in her favor and against Defendants Freudenberg and Regal and requests all wages and other economic benefits lost as a result of the Defendants unlawful actions, compensatory damages, damages to compensate Sorrell for mental anguish and emotional distress, liquidated damages, punitive damages, all costs and reasonable attorneys' fees incurred in litigating this action, pre-judgment interest, post-judgment interest, and any and all other legal and equitable relief to which Sorrell is entitled.

Respectfully submitted,

BARADA LAW OFFICES, LLC

_____/s/ Grant M. Reeves_____
Grant Reeves, Attorney No. 28028-70
Attorney for Plaintiff
BARADA LAW OFFICES LLC
201 N. Main Street
Rushville, IN 46173
765-932-6932
765-932-6933 (facsimile)
E-mail: grant@baradalawoffices.com

## DEMAND FOR JURY TRIAL

Amy Sorrell, by counsel, hereby demands trial of this matter by jury.

Respectfully submitted,

BARADA LAW OFFICES, LLC


_____/s/ Grant M. Reeves_____
Grant Reeves, Attorney No. 28028-70

| **CHARGE OF DISCRIMINATION** | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form. | X FEPA<br>X EEOC | 470-2016-00744 |

| Indiana Civil Rights Commission and EEOC |
|---|
| State or local Agency, if any |

| NAME (Indicate Mr. Ms., Ms.)<br>Ms. Amy Sorrell | HOME TELEPHONE (Including Area Code) |
|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one list below.)

| NAME<br>Regal Building Services, Inc. | NUMBER OF EMPLOYEES, MEMBERS<br>–Unknown | TELEPHONE (Include Area Code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY<br>Shelby |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE<br><br>[ ] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER | EARLIEST            LATEST<br><br>May 6, 2015<br><br>[X]<br>CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s):

See Attached Document and related complaint against Freudenberg-NOK/NOK Incorporated

| I want this charged filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *Rose M. Harris* |
|---|---|
| | Subscribed and sworn to before me this 3rd day of October, 2015.<br>*Residue Rush County St. Of Ind, Exp-12-17*<br>I swear or affirm that I have read the above charge and this is true to the best of my knowledge, information and belief. |
| I declare under the penalty of perjury that the foregoing is true and correct.<br><br>*Amy Sorrell* | SIGNATURE OF COMPLAINANT<br><br>*Amy Sorrell* |
| Date: 12/31/15   Charging Party Signature: | |

Attorney for Complainant:
Grant M. Reeves, Barada Law Offices, LLC, 201 N Main Street, Rushville, IN 46173, 765-932-6932

EEOC INDIANAPOLIS
DISTRICT OFFICE

2015 DEC 23 P 3 36

RECEIVED
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*Exhibit A*

# SUPPLEMENTAL COMPLAINT REPORT

I worked for Regal Building Services, Inc. ("Regal"), on a cleaning contract at Freudenberg-NOK ("Freudenberg") in Morristown, IN (Freudenberg NOK is believed to be an assumed name for NOK Incorporated). Regal operated as a contractor for Freudenberg, but Jeff, a Freudenberg employee had direct supervisory authority over myself and over other Regal employees. In December of 2014, I began working at Freudenberg cleaning industrial ovens. To my knowledge I had been doing a satisfactory job based on the training I had received. (At one point, I realized that I had been inadequately trained and was not completing a portion of the job, but I corrected this as soon as I became aware of the situation.) On or about September 25, 2015, I received a phone call from Cheryl Stanley and was told that I was being shifted to another job that would require me to take less pay than I had been earning while cleaning ovens. During that call, I was told that cleaning ovens was a man's job that I was not qualified to do because I am a woman

I subsequently met with Cheryl Stanley (I believe that was her last name), my supervisor at Regal, and Jeff whom I reported to at Freudenberg. During that conversation, on at least two occasions, Cheryl told me that I was being pulled from my job cleaning ovens because that was "a man's job." I have a recording of this conversation that is available upon request. During this conversation, Cheryl claimed that I had resigned. Regardless, it was clear that if I did remain at Regal I would be required to take a pay cut and continue working in an environment that had now become hostile.

Regal's actions constituted discrimination because of my gender. Freudenberg had a direct supervisory role over Cheryl and is, therefore responsible for her conduct. I had been performing my job position satisfactorily prior and could have continued performing this job satisfactorily in the future. However, because of discrimination, I am no longer able to work in an environment that had become hostile and discriminatory

I believe I was discriminated against by Regal and, accordingly, by Freudenberg because of my gender in violation of my rights under the Americans with Disabilities Act, as amended.

Amy Sorrell

EEOC INDIANAPOLIS
DISTRICT OFFICE

2015 DEC 28 P 3:36

EQUAL EMPLOYMENT
OPPORTUNITY COMM.

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| X | FEPA | |
| X | EEOC | 84l62011b·0021 9 |

### Indiana Civil Rights Commission and EEOC
State or local Agency, if any

| NAME (Indicate Mr. Ms., Ms.) Ms. Amy Sorrell | HOME TELEPHONE (Including Area Code) |
|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERMNET AGENCY WHO DISCRIMINATED AGAINST ME. (If more than one list below.)

| NAME Freudenberg-NOK | NUMBER OF EMPLOYEES, MEMBERS –Unknown | TELEPHONE (Include Area Code) |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY Shelby |
|---|---|---|

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

| | RACE | | COLOR | X | SEX | | RELIGION | | AGE |
|---|---|---|---|---|---|---|---|---|---|
| | RETALIATION | | NATIONAL ORIGIN | | DISABILITY | | OTHER | | |

**DATE DISCRIMINATION TOOK PLACE**

| EARLIEST | LATEST |
|---|---|
| May 6, 2015 | X |

CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s):

See Attached Document and related complaint against Regal Building Services, Inc.

The address above is the address for the plant where I worked. NOK Incorporated is believed to be located at 303 Peachtree St. NE #2000, ATLANTA, GA 30308.

| I want this charged filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY ~ *Rose M. Heeny* |
|---|---|
| | Subscribed and sworn to before me this 3rd day of October, 2015. *Residing in Rush City, St. of Ind. Exp. ?.b.* |
| I declare under the penalty of perjury that the foregoing is true and correct. | I swear of affirm that I have read the above charge and this it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| Date: 12/3/15 Charging Party Signature: *Amy Sorrell* | *Amy Sorrell* |

Attorney for Complainant:
Grant M. Reeves, Barada Law Offices, LLC, 201 N Main Street, Rushville, IN 46173, 765-932-6932

EQUAL EMPLOYMENT OPPORTUNITY CO... RECEIVED 2015 DEC 23 P 3: 35 EEOC INDIANAPOLIS DISTRICT OFFICE

Exhibit B

## SUPPLEMENTAL COMPLAINT REPORT

I worked for Regal Building Services, Inc. ("Regal"), on a cleaning contract at Freudenberg-NOK ("Freudenberg") in Morristown, IN (Freudenberg NOK is believed to be an assumed name for NOK Incorporated). Regal operated as a contractor for Freudenberg, but Jeff, a Freudenberg employee had direct supervisory authority over myself and over other Regal employees. In December of 2014, I began working at Freudenberg cleaning industrial ovens. To my knowledge I had been doing a satisfactory job based on the training I had received. (At one point, I realized that I had been inadequately trained and was not completing a portion of the job, but I corrected this as soon as I became aware of the situation.) On or about September 25, 2015, I received a phone call from Cheryl Stanley and was told that I was being shifted to another job that would require me to take less pay than I had been earning while cleaning ovens. During that call, I was told that cleaning ovens was a man's job that I was not qualified to do because I am a woman

I subsequently met with Cheryl Stanley (I believe that was her last name), my supervisor at Regal, and Jeff whom I reported to at Freudenberg. During that conversation, on at least two occasions, Cheryl told me that I was being pulled from my job cleaning ovens because that was "a man's job." I have a recording of this conversation that is available upon request. During this conversation, Cheryl claimed that I had resigned. Regardless, it was clear that if I did remain at Regal I would be required to take a pay cut and continue working in an environment that had now become hostile.

Regal's actions constituted discrimination because of my gender. Freudenberg had a direct supervisory role over Cheryl and is, therefore responsible for her conduct. I had been performing my job position satisfactorily prior and could have continued performing this job satisfactorily in the future. However, because of discrimination, I am no longer able to work in an environment that had become hostile and discriminatory

I believe I was discriminated against by Regal and, accordingly, by Freudenberg because of my gender in violation of my rights under the Americans with Disabilities Act, as amended.

Amy Sorrell

DISTRICT OFFICE
EEOC INDIANAPOLIS

2015 DEC 28 P 3: 35

RECEIVED
EQUAL EMPLOYMENT
OPPORTUNITY COMM.

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | | |
|---|---|---|
| To: **Amy Sorrell**<br>**815 W. 7th**<br>**Rushville, IN 46173** | From: | **Indianapolis District Office**<br>**101 West Ohio St**<br>**Suite 1900**<br>**Indianapolis, IN 46204** |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **470-2016-00744** | **Brien L. Shoemaker,**<br>**Enforcement Supervisor** | **(317) 226-6118** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Michelle F. Eisele,
Director

NOV - 4 2016

(Date Mailed)

Enclosures(s)

cc:
**Marsha G. Pyle**
**Owner**
**REGAL BUILDING SERVICES, INC.**
**P.O. Box 971**
**Shelbyville, IN 46176**

**Grant M. Reeves**
**Attorney**
**BARADA LAW OFFICES LLC**
**201 N. Main St.**
**Rushville, IN 46173**

*Exhibit C*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Amy Sorrell<br>815 W 7th St<br>Rushville, IN 46173 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2016-00219 | Brien L. Shoemaker,<br>Enforcement Supervisor | (317) 226-6118 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Michelle F. Eisele,
Director

NOV - 4 2016
(Date Mailed)

Enclosures(s)

cc:
**Deborah A. Kop**
**Senior Counsel**
**FREUDENBERG-NOK**
**47774 West Anchor Court**
**Plymouth, MI 48170**

**Grant M. Reeves**
**Attorney**
**BARADA LAW OFFICES**
**201 N. Main St.**
**Rushville, IN 46173**

*Exhibit D*

STATE OF INDIANA    )    IN THE SHELBY SUPERIOR COURT 1
                    ) SS:
COUNTY OF SHELBY    )    CAUSE NO. 73D01-1701-PL-000003

| | |
|---|---|
| AMY SORRELL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| FREUDENBERG-NOK GENERAL | ) |
| PARTNERSHIP d/b/a FREUDENBERG- | ) |
| NOK, and REGAL BUILDING | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____     Responding __X__     Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: Freudenberg-NOK General Partnership d/b/a Freudenberg-NOK

   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   487 W. Main Street, Morristown, IN 46161

   Telephone # of party (765) 763-7246

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Michael L. Tooley      Atty Number: 16214-49

   Address: ICE MILLER LLP, One American Square, Suite 2900, Indianapolis, IN, 46282

   Phone: (317) 236-2118

FAX: (317) 592-4786

Email Address: Michael.Tooley@icemiller.com

Name: Paul C. Sweeney                    Atty Number: 20392-29

Address: ICE MILLER LLP, One American Square, Suite 2900, Indianapolis, IN, 46282

Phone: (317) 236-5894

FAX: (317) 592-4298

Email Address: Paul.Sweeney@icemiller.com

**IMPORTANT:** Each attorney specified on this appearance:

| | |
|---|---|
| (a) | certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance; |
| (b) | **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and** |
| (c) | understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A). |

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a _PL_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No _X_ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No _X_ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

_____    Attorney's address

_____    The Attorney General Confidentiality program address
            (contact the Attorney General at 1-800-321-1907 or e-mail address is
            **confidential@atg.in.gov).**

_____    Another address (provide)

This case involves a petition for involuntary commitment.  Yes _____ No _X_

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

    a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:

            _____

    b. State of Residence of person subject to petition: _____

    c. At least one of the following pieces of identifying information:

        (i) Date of Birth _____.

        (ii) Driver's License Number _____

            State where issued _____ Expiration date _____

        (iii) State ID number _____

            State where issued _____ Expiration date _____

        (iv) FBI number _____

        (v) Indiana Department of Corrections Number _____

      (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____.

7. There are related cases: Yes _____ No _X_ *(If yes, list on continuation page.)*

8. Additional information required by local rule:

    _____

9. There are other party members: Yes _____ No _X_ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes _X_ No_____

Respectfully submitted,

*/s/ Paul C. Sweeney*
Michael L. Tooley, Attorney No. 16214-49
Paul Sweeney, Attorney No. 20392-29
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
Fax: (317) 236-2219
Michael.Tooley@icemiller.com
Paul.Sweeney@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance has been filed electronically and served upon the parties listed below, via first-class mail, on this the 14th day of February, 2017:

Grant M. Reeves
BARADA LAW OFFICES, LLC
201 North Main Street
Rushville, IN 46173
Attorneys for Plaintiff

Regal Building Services, Inc.
2206 Graham Drive South
P.O. Box 971
Shelbyville, IN 46176

*/s/ Paul C. Sweeney*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-5894
Paul.Sweeney@icemiller.com

- 4 -

STATE OF INDIANA    )        IN THE SHELBY SUPERIOR COURT 1
                    ) SS:
COUNTY OF SHELBY    )        CAUSE NO. 73D01-1701-PL-000003

AMY SORRELL,              )
                      )
       Plaintiff,      )
    v.                 )
                      )
FREUDENBERG-NOK GENERAL   )
PARTNERSHIP d/b/a FREUDENBERG-)
NOK, and REGAL BUILDING    )
SERVICES, INC.,        )
                      )
      Defendants.    )

## DEFENDANT FREUDENBERG-NOK GENERAL PARTNERSHIP D/B/A FREUDENBERG-NOK'S MOTION FOR INITIAL ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Freudenberg-NOK General Partnership d/b/a Freudenberg-NOK ("FNGP"), by counsel, pursuant to Indiana Trial Rule 6(B)(1), respectfully moves the Court for an initial twenty-eight (28) day enlargement of time to respond to Plaintiff's Complaint. In support of this Motion, FNGP states as follows:

1.    On or about January 27, 2017, Plaintiff filed her Complaint.

2.    Plaintiff served her Complaint on FNGP by personal service on February 2, 2017, and by certified mail service on February 3, 2017.

3.    FNGP's response to Plaintiff's Complaint is due on or before February 22, 2017, and said time has not expired.

4.    No prior enlargements of time have been requested.

5.    FNGP respectfully requests an initial twenty-eight (28) day enlargement of time to respond to Plaintiff's Complaint, to and including March 22, 2017. This request is made for good cause and not for purposes of delay.

6.     Counsel for FNGP contacted counsel for Plaintiff via telephone on February 16, 2017, and counsel for Plaintiff has no objection to an initial 28-day extension of time for FNGP to file it's answer or other responsive pleading to Plaintiff's Complaint.

WHEREFORE, Defendant, Freudenberg-NOK General Partnership d/b/a Freudenberg-NOK, by counsel, requests an initial enlargement of time of twenty-eight (28) days to and including March 22, 2017, to file an answer or other responsive pleading to Plaintiff's Complaint, and all other just and proper relief.

Respectfully submitted,

*/s/ Paul C. Sweeney*
Michael L. Tooley, Attorney No. 16214-49
Paul Sweeney, Attorney No. 20392-29
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
Fax: (317) 236-2219
michael.tooley@icemiller.com
paul.sweeney@icemiller.com

Attorneys for Defendant, Freudenberg-NOK
General Partnership d/b/a Freudenberg-NOK

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed electronically and served upon the parties listed below, via first-class mail, on this the 20th day of February, 2017:

Grant M. Reeves
BARADA LAW OFFICES, LLC
201 North Main Street
Rushville, IN 46173

Regal Building Services, Inc.
2206 Graham Drive South
P.O. Box 971
Shelbyville, IN 46176

Doris L. Sweetin
Jason P. Wischmeyer
Allen & Newman PLLC
P.O. Box 78435
Indianapolis, IN 46278
Attorneys for Regal Building Services, Inc.

*/s/ Paul C. Sweeney*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-5894
paul.sweeney@icemiller.com

I\11528706.1

| STATE OF INDIANA | ) | IN THE SHELBY SUPERIOR COURT 1 |
|---|---|---|
| | ) SS: | |
| COUNTY OF SHELBY | ) | CAUSE NO. 73D01-1701-PL-000003 |

```
AMY SORRELL                              )
              Plaintiff                  )
                                         )
       v.                                )
                                         )
FREUDENBERG-NOK GENERAL                  )
PARTNERSHIP dba FREUDENBERG-NOK and      )
REGAL BUILDING SERVICES, INC.            )
                                         )
              Defendants.                )
```

## APPEARANCE

Comes now Jason P. Wischmeyer and Doris L Sweetin, Attorney at Law, and enters their Appearance on behalf of REGAL BUILDING SERVICES, INC., and respectfully requests that copies of all pleadings, notices, and orders be forwarded to said attorneys at the following address:

Jason P. Wischmeyer
Wischmeyer Law Office
7612 Stones River Dr.
Indianapolis, IN 46259
Phone: 317-429-0210
Fax: 317-429-0211
Email: jason@wischmeyerlaw.com/

Doris L. Sweetin
7612 Stones River Dr.
Indianapolis, IN 46259
Phone: 317-429-0210
Fax: 317-429-0211
sweetinlawgroup@outlook.com

1. Name of first initiating party: Amy Sorrell

2. Case Type:    -PL-

3. We **will** accept service by Electronic Delivery at jason@wischmeyerlaw.com and sweetinlawgroup@outlook.com.  We will not accept service by Fax.

4. To our knowledge, there are no related cases.

Respectfully submitted,

_(signature)_

Jason P. Wischmeyer, Atty No.: 23475-73
Attorney for Defendant,
Regal Building Services, Inc.

_(signature)_

Doris L. Sweetin, Atty No.: 22239-15
Attorney for Defendant,
Regal Building Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon,

Grant M. Reeves

Paul C. Sweeney

Michael L. Tooley

by distribution of the same via Efile and Serve this 21st day of February, 2017.

_(signature)_

Jason P. Wischmeyer

Jason P. Wischmeyer
Wischmeyer Law Office
7612 Stones River Dr.
Indianapolis, IN 46259
Phone: 317-429-0210
Fax: 317-429-0211
Email: jason@wischmeyerlaw.com

2

STATE OF INDIANA    )                    IN THE SHELBY SUPERIOR COURT 1
                                  ) SS:
COUNTY OF SHELBY   )                    CAUSE NO. 73D01-1701-PL-000003


AMY SORRELL                              )
        Plaintiff                    )
                                         )
        v.                           )
                                         )
FREUDENBERG-NOK GENERAL                  )
PARTNERSHIP dba FREUDENBERG-NOK and      )
REGAL BUILDING SERVICES, INC.            )
                                         )
        Defendants.                  )


## MOTION FOR ENLARGMENT OF TIME

Comes now the Defendant, REGAL BUILDING SERVICES, INC., by counsel, and respectfully moves the Court for an enlargement of time in which said Defendant, has to file an Answer or response to Plaintiff's Complaint. In support of said Motion, Defendant would show the Court:

1. That the above captioned Complaint was filed in the Shelby Superior Court 1 on or about January 30, 2017.

2. That said Defendant's attorneys have just been retained in this matter, and said attorneys, have not had sufficient time to investigate or confer with their client with reference to the defense of this action, and that time is needed in order to make such investigation before answering said Complaint.

WHEREFORE, the Defendant, REGAL BUILDING SERVICES, INC., by counsel, prays this Court grant an enlargement of time up to and including April 1, 2017 in which to file a pleading

or responsive motion to Plaintiff's Complaint and for all other relief just and proper in the premises.

Jason P. Wischmeyer

I hereby certify that a copy of the foregoing has been duly served upon,

Grant M. Reeves

Paul C. Sweeney

Michael L. Tooley

by distribution of the same via Efile and Serve this 21st day of February, 2017.

Jason P. Wischmeyer

Jason P. Wischmeyer
Wischmeyer Law Office
7612 Stones River Dr.
Indianapolis, IN 46259
Phone: 317-429-0210
Fax: 317-429-0211
Email: jason@wischmeyerlaw.com

STATE OF INDIANA          )
                          ) SS:     IN THE SHELBY SUPERIOR COURT 1
COUNTY OF SHELBY          )         CAUSE NO. 73D01-1701-PL-000003

AMY SORRELL,                    )
                                )
          Plaintiff,            )
     v.                         )            **FILED**
                                )         February 22, 2017
FREUDENBERG-NOK GENERAL         )         *[signature]*
PARTNERSHIP d/b/a FREUDENBERG-  )           Judge of
NOK, and REGAL BUILDING         )         Shelby Superior Court No.1
SERVICES, INC.,                 )                 RS
                                )
          Defendants.           )

## ORDER GRANTING DEFENDANT FREUDENBERG-NOK GENERAL PARTNERSHIP D/B/A FREUDENBERG-NOK'S MOTION FOR INITIAL ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Freudenberg-NOK General Partnership d/b/a Freudenberg-NOK, by counsel, having filed its Motion for an initial twenty-eight (28) day enlargement of time to respond to Plaintiff's Complaint pursuant to Trial Rule 6(B)(1), and the Court being duly advised now GRANTS said request.

IT IS, THEREFORE, ORDERED that the time within which Defendant Freudenberg-NOK General Partnership d/b/a Freudenberg-NOK may answer or otherwise respond to Plaintiff's Complaint is hereby extended to and including **March 22, 2017**.

SO ORDERED this _21st_ day of _____February_____, 2017.

_____
The Honorable R. Kent Apsley
JUDGE, Shelby Superior Court No. 1

DISTRIBUTION:

Grant M. Reeves
BARADA LAW OFFICES, LLC
201 North Main Street
Rushville, IN 46173

Regal Building Services, Inc.
2206 Graham Drive South
P.O. Box 971
Shelbyville, IN 46176

Doris L. Sweetin
Jason P. Wischmeyer
jason@wischmeyerlaw.com
sweetinlawgroup@outlook.com

Paul C. Sweeney
Michael L. Tooley
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE SHELBY SUPERIOR COURT 1 |
| | )SS: | |
| COUNTY OF SHELBY | ) | CAUSE NO: 73D01-1701-PL-000003 |

| | |
|---|---|
| AMY SORRELL, | ) |
|    *Plaintiff* | ) |
| | ) |
|     v. | ) |
| | ) |
| FREUDENBERG-NOK GENERAL | ) |
| PARTNERSHIP dba | ) |
| FREUDENBERG-NOK, and | ) |
| REGAL BUILDING SERVICES, INC. | ) |
|    *Defendants.* | ) |

## NOTICE OF SERVICE OF DOCUMENTS

Comes now the Plaintiff, Amy Sorrell, by counsel, Grant M. Reeves, and would show the Court that service of documents (Summons & copies of all documents filed herein) was made on the following:  Freudenberg-NOK General Partnership c/o its Registered Agent and at its corporate offices, and Regal Building Services, Inc. c/o its Registered Agent, as evidenced by the attached copies of the certified mailing cards - return, receipt, requested. (Exhibit "A").  In addition, the same documents were forwarded for service by the Shelby County Sheriff's Department, and the Sheriff's returns on service have been filed in this cause.

Respectfully submitted,

BARADA LAW OFFICES, LLC.

/s/ Grant M. Reeves

By_____

Grant M. Reeves, #28028-70

## CERIFICATE OF SERVICE

The undersigned certifies that on the 23rd day of February, 2017, the foregoing pleading was electronically filed using the Indiana E-filing System (IEFS).

I also certify that on the 23rd day of February, 2017, the foregoing document was served upon the following persons via IEFS:

Jason P. Wischmeyer
Doris L. Sweetin
Allen & Newman PLLC
P. O. Box 78435
Indianapolis, IN  46278

Michael L. Tooley
Paul C. Sweeney
ICE MILLER, LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200

                    /s/ Grant M. Reeves
                    Grant M. Reeves


BARADA LAW OFFICES, LLC.
201 North Main Street
Rushville, IN 46173
(765) 932-6932

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Regal Building Services, Inc.
C/o Marsha Pyle, Registered Agent
1317 Country Creek Circle
Shelbyville, IN 46176

9590 9403 0481 5173 7006 87

2. Article Number *(Transfer from service label)*

7015 1660 0000 7344 7478

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
2/1/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Freudenberg-Nok General Partnership
C/o CSC-Lawyers Incorporating Service
601 Abbot Rd.
East Lansing, MI 48823

9590 9403 0481 5173 7006 70

2. Article Number *(Transfer from service label)*

7015 1660 0000 7344 7485

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Exhibit "A" (1)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Karen Fitzsimmons   C. Date of Delivery  2-3-17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Freudenberg-NOK General Partnership
c/o The General Partner of the Partnership
47774 West Anchor Ct.
Plymouth, MI 48170

9590 9403 0481 5173 7006 63

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7015 1660 0000 7344 7492

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  2/3/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

FEB 3 2017

1. Article Addressed to:

Freudenberg-NOK General Partnership
Attn: The General Partner
47690 East Anchor Ct.
Plymouth, MI 48170

9590 9403 0481 5173 7006 94

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7015 1660 0000 7344 7461

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

Exhibit "A" (2)

STATE OF INDIANA   )               IN THE SHELBY SUPERIOR COURT 1
                     ) SS:
COUNTY OF SHELBY   )               CAUSE NO. 73D01-1701-PL-000003

AMY SORRELL                    )
          Plaintiff         )
                        )
    v.                    )
                        )
FREUDENBERG-NOK GENERAL    )
PARTNERSHIP dba FREUDENBERG-NOK and )
REGAL BUILDING SERVICES, INC.    )
                        )
         Defendants.      )

**FILED**
February 24, 2017
*R. Next Apsley*
Judge of
Shelby Superior Court No.1
RS

## ENLARGEMENT
## ~~ORDER ON MOTION FOR ENLARGMENT~~ OF TIME

Comes now the Defendant, REGAL BUILDING SERVICES, INC., by counsel, and respectfully moves the Court for an enlargement of time until April 1, 2017, in which to Answer or file a responsive pleading herein and the COURT, BEING DULY AVISED IN THE PREMISES **HEREBY GRANTS** said Motion. Defendant, Darin L. Brokering shall have up to and including the April 1, 2017, in which to file an Answer or other responsive pleading or motion herein.

**ALL OF WHICH IS ORDERED, ADJUDGED AND DECREED** THIS <u>22nd</u> day of February, 2017.

_____
JUDGE, Shelby Superior Court 1

**DISTRIBUTION:**

Grant M. Reeves
Paul C. Sweeney
Michael L. Tooley
Jason P. Wischmeyer
Doris L. Sweetin